

SCANNED
FILED
GREAT FALLS DIV.
2008 MAY 22 AM 9 18
PATRICK E. DUFFY, CLERK
BY _____
       DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| CURTIS HATCHARD,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JAMES MacDONALD; MS. T. SCHNEE;<br>MR. S. ARNOLD,<br><br>　　　　　　　Defendants. | No. CV 07-63-GF-SEH<br><br>**ORDER** |

On April 25, 2008, United States Magistrate Judge Keith Strong entered Findings and Recommendation[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Strong's Findings and Recommendation for clear error.

---

[1] Docket No. 10.

Upon review, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

ORDERED:

1. Defendants James MacDonald and Ms. T. Schnee are DISMISSED for failure to state a claim. The caption shall be amended accordingly to reflect the dismissal.

2. Plaintiff's claims regarding access to medical information are DISMISSED.

DATED this 22nd day of May, 2008.

SAM E. HADDON
United States District Judge